```
                    UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF GEORGIA
                            ROME DIVISION

IN RE: COREY SCOTT CHAMBERS AND      { CHAPTER 13
       RACHEAL JAYNE CHAMBERS,       {
                                     {
       DEBTOR(S)                     { CASE NO. R23-40125-BEM
                                     {
                                     { JUDGE ELLIS-MONRO
```

**SUPPLEMENTAL OBJECTION TO CONFIRMATION**

    COMES NOW K. EDWARD SAFIR, CHAPTER 13 TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

    1. The Chapter 13 Plan fails to provide the correct purchase date for the claim of Lendmark Financial Services, LLC, preventing the Trustee from properly administering this plan.

    WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's (s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

```
                              _____/s/_____
                              Sonya Buckley Gordon, Attorney
                              for Chapter 13 Trustee
                              GA Bar No. 140987
```

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
sonyab@atlch13tt.com

R23-40125-BEM

**CERTIFICATE OF SERVICE**

      This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

COREY SCOTT CHAMBERS
3789 LINDSEY MEMORIAL ROAD
ROCKY FACE, GA 30740-9730

RACHEAL JAYNE CHAMBERS
3789 LINDSEY MEMORIAL ROAD
ROCKY FACE, GA 30740-9730

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SAEGER & ASSOCIATES, LLC

This 15th day of March, 2023

              /s/
_____
Sonya Buckley Gordon, Attorney
for Chapter 13 Trustee
State Bar No. 140987

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
sonyab@atlch13tt.com